UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| KATHRYN HOWES,<br><br>    Plaintiff,<br><br>    v.<br><br>THE STANLEY MEDICAL RESEARCH INSTITUTE, E. FULLER TORREY, M.D., and MATTHEW CYR<br><br><br>    Defendants. | Civ. No. _____ |

# DEFENDANT THE STANLEY MEDICAL RESEARCH INSTITUTE'S CORPORATE DISCLOSURE STATEMENT

The Stanley Medical Research Institute has no parent corporation.  No publicly held corporation owns more than 10% of The Stanley Medical Research Institute's stock.

DATED:  August 1, 2005

/s/ Thomas V. Laprade
Thomas V. Laprade Bar No. 7891
Lambert Coffin
477 Congress St.
PO Box 15215
Portland, ME  04101
(207) 874-4000


/s/ Byrne J. Decker
Byrne J. Decker, Bar No. 8312
Pierce Atwood LLP
One Monument Square
Portland, ME  04101
(207)791-1100

Attorneys for Defendants
The Stanley Medical Research Institute and E. Fuller Torrey, M.D.

-2-

## CERTIFICATE OF SERVICE

  I hereby certify that on August 1, 2005, I electronically filed, via e-mail to the U.S. District Court in Portland, Maine, the foregoing document, and served the same, by first class, U.S. Mail, upon counsel for Plaintiff addressed as follows:

    Steven D. Silin, Esq.
    Berman & Simmons, P.A.
    129 Lisbon St.
    P.O. Box 961
    Lewiston, ME  04243

DATED:  August 1, 2005

               /s/ Thomas V. Laprade